**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08 C 01310 |

Lilly Jones & Michael Jones,
    Plaintiff   v.
Stevie Porter, Harlan Hanbrough, Aurora Loan Services &
Mortgage Electronic Registration Systems, Inc.
    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LILLY JONES & MICHAEL JONES

---

| |
|---|
| NAME (Type or print) |
| CARL B. BOYD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Carl B. Boyd |
| FIRM |
| STARKS & BOYD, P.C. |
| STREET ADDRESS |
| 11528 S. HALSTED |
| CITY/STATE/ZIP |
| CHICAGO, IL 60628 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6206607 | (773) 995-7900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐