#6206607

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Lilly Jones and Michael Jones )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>Stevie Porter, Harlan Hanbrough, )<br>Aurora Loan Services and Mortgage )<br>Electronic Registration Systems, Inc. )<br>)<br>    Defendants. ) | Case No. 08 C 1310<br>Judge Hibbler<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   See Exhibit "A"
      Service list

You are hereby advised that on the Tuesday <u>1st</u> day of April, 2008, at <u>9:30</u> a.m. the undersigned will appear before the Honorable Judge William Hibbler or any Judge sitting in his stead in Room 1225 of the Dirksen Federal Courthouse, 219 S. Dearborn Chicago IL. to present the enclosed **MOTION TO CONSOLIDATE ACTIONS.**

                                                               _____/S/ CARL B. BOYD_____
                                                                     Carl B. Boyd #6206607

## ATTORNEY CERTIFICATE OF SERVICE

     I, Carl B. Boyd a licensed attorney in the State of Illinois, hereby state that I served a copy of the above notice to the above named individual by depositing the same in the U.S. mail with proper postage prepaid at 110th and State Street, Chicago, Illinois on or before <u>5:00</u> p.m. on March <u>24,</u> 2008.  Parties able to receive electronic filing also receive a copy electronically.

                                                               _____/S/ CARL B. BOYD_____
                                                                     Carl B. Boyd #6206607

Starks & Boyd P. C.
11528 S. Halsted St.
Chicago, Il 60628
773-995-7900

**SERVICE LIST**
**EXHIBIT "A"**

Mr. Harlan Hansbrough
9905 S. Commercial Avenue
Chicago, IL 60617

Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road, Suite 310
Vienna, VA 22182

Aurora Loan Services, LLC
C/O Registered Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

#6206607

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lilly Jones and Michael Jones ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 C 1310 |
| ) | Judge Hibbler |
| Stevie Porter, Harlan Hanbrough, ) | Magistrate Judge Schenkier |
| Aurora Loan Services and Mortgage ) | |
| Electronic Registration Systems, Inc. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONSOLIDATE ACTIONS

Plaintiffs, LILLY JONES and MICHAEL JONES by and through their attorney Carl B. Boyd of Starks & Boyd P.C. moves the court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for an order consolidating the above-numbered and entitled actions for a joint hearing and trial of all matters at issue. In support of the same Plaintiffs state as follows:

1. This motion is made on the grounds that there are common questions of law and fact in both cases to wit:

   A. Harlan Hansbrough v. Lilly Jones and Michael Jones 2008 M1 701291, and

   B. Jones v. Porter et al. 2008 C 1310.

2. That the attached affidavit of Michael Jarard supports such common questions of law and fact, and (Plaintiff's Exhibit A)

3. Consolidation will avoid unnecessary costs and delays.

Submitted By,

/S/ Carl B. Boyd
Carl B. Boyd #6206607