## COMMONWEALTH OF VIRGINIA
## COUNTY OF FAIRFAX
OFFICE OF THE SHERIFF
Stan G. Barry, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703)246-3227
Fax (703)691-9513

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

RE: Lilly Jones and Michael Jones

VS: Stevie Porter, et al

Before me, the undersigned authority, personally appeared PFC D.F. Ledford, a person competent to make oath, and who by being duly sworn, deposes and says:

That this Summons and Complaint came to hand on 3/17/2008, at 12:00:00 PM, and executed by delivering Brandie Peeples, Legal Counsel for Mortgage Electronic Registration Systems, Inc, in person at 1595 Spring Hill Road, suite 310, Vienna, Va. 22182, County of Fairfax, Commonwealth of Virginia, on 3/18/2008, 10:35:00 AM, a true copy of the above mentioned process.

STAN G. BARRY, SHERIFF
FAIRFAX COUNTY, VIRGINIA

_____
Deputy Sheriff

Sworn to before me this 20th
day of March, 2008

_____
Notary Public
My Commission expires 7/31/2011

#126902



January 29, 2008

To Whom It May Concern:

I, Sharon McGann Horstkamp, am the Registered Agent for MERSCORP, Inc, and Mortgage Electronic Registration Systems, Inc. (collectively, "MERS"). As the Registered Agent, I am authorizing Richard Anderson, Cris Mullins, Brandie Peeples, and Joseph Patry as MERS Counsels to accept service of process on behalf of MERS.

Signed:

*/s/ Sharon McGann Horstkamp*

Sharon McGann Horstkamp
MERS Vice President and General Counsel

STATE OF VIRGINIA

COUNTY OF FAIRFAX

The foregoing Letter was acknowledged before me this 29th day of January 2008, by Sharon McGann Horstkamp, the Registered Agent of MERS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within this instrument and acknowledged to me that she executed the same.

    WITNESS my hand and official seal.

*/s/ Elizabeth M. Powell*
NOTARY PUBLIC
My Commission Expires:

Embossed Hereon is My
Commonwealth of Virginia Notary Public Seal
My Commission Expires May 31, 2008
ELIZABETH M. POWELL