#6206607

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Lilly Jones and Michael Jones ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 C 1310 |
| ) | Judge Hibbler |
| Stevie Porter, Harlan Hanbrough, ) | Magistrate Judge Schenkier |
| Aurora Loan Services and Mortgage ) | |
| Electronic Registration Systems, Inc. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:   See Exhibit "A"
        Service list

You are hereby advised that on the Tuesday 1st    day of April, 2008, at 9:30  a.m.       the undersigned will appear before the Honorable Judge William Hibbler or any Judge sitting in his stead in Room 1225 of the Dirksen Federal Courthouse, 219 S. Dearborn Chicago IL. to present the enclosed **MOTION TO CONSOLIDATE ACTIONS.**

                             /S/ CARL B. BOYD
                             Carl B. Boyd #6206607

### ATTORNEY CERTIFICATE OF SERVICE

   I, Carl B. Boyd a licensed attorney in the State of Illinois, hereby state that I served a copy of the above notice to the above named individual by depositing the same in the U.S. mail with proper postage prepaid at 110th and State Street, Chicago, Illinois on or before 5:00 p.m. on March 24, 2008.  Parties able to receive electronic filing also receive a copy electronically.

                             /S/ CARL B. BOYD
                             Carl B. Boyd #6206607

Starks & Boyd P. C.
11528 S. Halsted St.
Chicago, Il 60628
773-995-7900