

# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, **Robert R Meacham**, certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number **08-C-1310**

Name of defendant **AURORA LOAN SERVICES**
C/O ILL,Corp.inc.

Name of other person
Summons left with   **Holly Blankenship**

Sex  (Female )  Race:  White   Approx. age  **20's**

Date of Service **3-25-08**  Time **3:35**

Address at which paper was served:

**801 Stevenson Dr.**

**Springfield, Il**

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, **R Meacham #5019**, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY