SHERIFF'S NUMBER 024084-001D CASE NUMBER 08C1310       DEPUTY: _Nicole 4572_

FILED DT 03-05-2008 RECEIVED DT 03-11-2008 DIE DT 03-27-2008 MULTIPLE SERVICE   1
   DEFENDANT                                    ATTORNEY
HANBROUGH, HARLAN                               STARKS & BOYD P.C.
9905 S COMMERCIAL AV                            11528 S. HALSTED
CHICAGO IL. 60617                               CHICAGO IL. 60628
                                                773 995-7900          **FOREIGN**

PLAINTIFF JONES, LILLY AND MICHAEL

SERVICE INFORMATION: CF

************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..... 1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
..X.. 2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _24th_ DAY OF _March_ 20_08_, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME_____
..... 3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
..... 4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

      1  SEX _F_ M/F   RACE _B_   AGE _35_
      2  NAME OF DEFENDANT HANBROUGH, HARLAN
         WRIT SERVED ON _Michelle Hanbrough (wife)_
         THIS _24th_ DAY OF _March_, 20 _08_ TIME _6:45_ A.M./P.M.

ADDITIONAL REMARKS _____

************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _2 Story H__e_                         ATTEMPTED SERVICES

NEIGHBORS NAME _____          DATE         TIME A.M./P.M.
    ADDRESS _____             3-20-08      1008A 272P

        REASON NOT SERVED:
                    07 EMPLOYER REFUSAL        ____    __:__ ___
__ 01 MOVED         08 RETURNED BY ATTY        ____    __:__ ___
__ 02 NO CONTACT    09 DECEASED                ____    __:__ ___
__ 03 EMPTY LOT     10 BLDG DEMOLISHED         ____    __:__ ___
__ 04 NOT LISTED    11 NO REGISTERED AGT.      ____    __:__ ___
__ 05 WRONG ADDRESS 12 OTHER REASONS           ____    __:__ ___
__ 06 NO SUCH ADDRESS 13 OUT OF COUNTY         ____    __:__ ___

FEE   .00   MILEAGE   .00   TOTAL   .00                       SG20