CHt

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **HARLAN HANSBROUGH**
(Please print)

STREET ADDRESS: **9905 S. COMMERCIAL AVE**

CITY/STATE/ZIP: **CHICAGO, IL 60617**

PHONE NUMBER: **(312) 965-2125**

CASE NUMBER: **08C1310**

_____          4/16/08
Signature                                    Date

FILED
APR 16 2008  TC
Apr 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT