

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES AND MICHAEL JONES | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, | ) | |
| AURORA LOAN SERVICES AND | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

FILED
APR 1 6 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 1 6 2008

## MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Harlan Hansbrough for his motion for an extension of time to answer or otherwise plead, states as follows:

1. I was served with a copy of the complaint in the above captioned matter.

2. I am attempting to find an attorney to represent me in this case and need additional time to file my response to the complaint.

**WHEREFORE** Defendant Harlan Hansbrough prays that this Court grant him an extension of time to May 19, 2008 to answer or otherwise plead to the instant complaint.

HARLAN HANSBROUGH,

By: _____
Pro se

Harlan Hansbrough
9905 South Commercial
Chicago, Illinois 60617
(773) 374-3272