

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LILLY JONES AND MICHAEL JONES ) | |
| ) | |
| Plaintiffs, ) | 08 C 1310 |
| ) | |
| STEVIE PORTER, et al., ) | |
| ) | |
| Defendants. ) | |

**FILED** APR 1 6 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 6 2008

### NOTICE OF MOTION

TO:  Carl B. Boyd
Starks & Boyd, P.C.
11528 South Halsted Street
Chicago, Illinois 60628

**PLEASE TAKE NOTICE** that on the __23rd__ day of **April 2008**, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Judge Hibbler**, or any judge sitting in his stead, in **Room 1225**, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

By: _____
HARLAN HANSBROUGH, Pro Se

Harlan Hansbrough
9905 South Commercial
Chicago, Illinois 60617
(773) 374-3272

### CERTIFICATE OF SERVICE

Under penalties as provided by law, I, a non-attorney, hereby certify that, I caused to be served the foregoing **Notice** and **MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** by placing in a postage-prepaid envelope to the attorney listed above and depositing same in a U.S. Mail Box, on the 16th day of **April 2008**.

_____