# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1310 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Jones, et al. Vs. Porter, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Harlan Hansbrough's motion for extension of time until 5/19/08 to answer or otherwise plead is granted. Status hearing to set scheduling order set for 6/5/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|