IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs. - | ) | No. 08-C-1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) ) ) | Judge Hibbler  Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
BY DEFENDANTS AURORA LOAN SERVICES LLC AND
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Now come defendants Aurora Loan Services LLC, sued as Aurora Loan Services ("Aurora"), and Mortgage Electronic Registration Systems, Inc., as nominee for Lehman Brothers Bank, FSB, sued as Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their undersigned attorneys, and with the consent of plaintiffs Lilly Jones and Michael Jones ("Plaintiffs"), respectfully move for an order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure enlarging the time for movants to respond to the complaint filed by Plaintiffs in this action (the "Complaint"). In support thereof, movants state as follows.

1. MERS was served with a summons and a copy of the Complaint on March 18, 2008.

2. Aurora was served with a summons and a copy of the Complaint on March 25, 2008.

3. During the first week of April 2008, and prior to the time for movants to respond to the Complaint, Plaintiffs through counsel agreed (subject to the Court's approval) to an enlargement of time for movants to respond to the Complaint.

4. Upon subsequent investigation by counsel for movants, it appeared that Aurora was improperly joined as a defendant in this action due to an error in the office of the Cook County Recorder of Deeds.

5. After discovery of the apparent misjoinder, counsel for movants and for Plaintiffs held further discussions concerning whether Plaintiff would dismiss Aurora and whether it would be necessary to add any additional defendants.

6. Plaintiffs through counsel agreed that they would not object to a further enlargement of time for movants to respond to the Complaint.

7. On May 2, 2008, movants provided Plaintiffs with documents confirming the error by the office of the Cook County Recorder of Deeds.

8. Counsel then further agreed that: (a) movants with the consent of Plaintiffs would file this motion for enlargement of time; (b) Aurora will file a motion to be dismissed from this case without prejudice, which Plaintiffs will not oppose; and (c) MERS will file an answer and any affirmative defenses or counterclaims to the Complaint.

9. In light of the foregoing, and with the consent of Plaitniffs, movants request that their time to respond to the Complaint be enlarged to and including May 16, 2008.

10. The relief requested herein will not prejudice any party nor delay the resolution of this matter. In that regard, defendant Harlan Hanbrough recently was granted an enlargement of time to May 19, 2008 to respond to the Complaint. Defendant Stevie Porter has not yet appeared in this action and, on information and belief, has not yet been served with process.

WHEREFORE, defendants Aurora Loan Services LLC, sued as Aurora Loan Services, and Mortgage Electronic Registration Systems, Inc., as nominee for Lehman Brothers Bank, FSB, sued

as Mortgage Electronic Registration Systems, Inc., pray for the entry of an order granting movants an enlargement of time to and including May 16, 2008 to respond to the complaint filed in this action by plaintiffs Lilly Jones and Michael Jones and granting movants such other relief as this Court may deem appropriate.

        **Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc., as nominee for Lehman Brothers Bank, FSB**

By: */s/ James A. Larson*

One of its Attorneys

James A. Larson (ARDC No. 6195947)
Larson & Associates, P.C.
230 W. Monroe - Suite 2220
Chicago, IL 60606
(312) 422-1900