# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1310 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Jones, et al. Vs. Porter, et al. | | |

**DOCKET ENTRY TEXT**

Motion for enlargement of time until 5/16/08 to respond to the complaint by defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc. Is granted. Status hearing date of 6/5/08 at 9:30 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|