IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs. - | ) | No. 08-C-1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) ) ) | Judge Hibbler<br><br>Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler, or any judge sitting in his place and stead, in Room 1225 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present a **Motion to Dismiss by Defendant Aurora Loan Services LLC**, a copy of which is enclosed herewith and hereby served upon you, at which time and place you may appear if you so see fit.

**Aurora Loan Services LLC**

By: */s/ James A. Larson*

One of its Attorneys

James A. Larson (ARDC No. 6195947)
Larson & Associates, P.C.
230 W. Monroe - Suite 2220
Chicago, IL 60606
(312) 422-1900

## Certificate of Service

  The undersigned declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that he served the above and foregoing notice, together with a copy of the document referred to therein, upon the individuals identified on the service list below, via electronic notice pursuant to this court's procedures for electronic filing or by placing same in properly addressed envelopes with correct postage affixed thereto, and depositing same in the U.S. Mail at 230 West Monroe in Chicago, Illinois on or before the hour of 5:00 p.m. on May 16, 2008.

                        */s/ James A. Larson*

**Service List:**

Carl B. Boyd, Esq.
Starks & Boyd, P.C.
11528 South Halsted St.
Chicago, IL 60628

Harlan Hansbrough
9905 South Commercial Ave.
Chicago, IL 60617