# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1310 | **DATE** | 6/5/2008 |
| **CASE TITLE** | JONES, et al. Vs. PORTER, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/5/08 at 9:30 a.m. Defendant Aurora Loan Services Motion to Dismiss is granted without objection. Parties to advise the Court if a settlement conference would be fruitful.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JHC |
|---|---|---|