## United States District Court for the Northern District of Illinois

Case Number: 08cv1310       Assigned/Issued By: j. n.

Judge Name:                 Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __7-10-08__ as to __stevie porter__
                                      (Date)

_____

_____