```
CASE NUMBER. 016 2008-C -001310      001        WILL COUNTY SHERIFF'S OFFICE
--------------------------------------------  =============== ATTORNEY ===============
                                              STARKS & BOYD
LILLY/MICHAEL JONES                           11528 S HALSTED      PAID
    -VS-                                      CHICAGO, IL 60628
STEVIE PORTER                                                      JUN 26 2008

=========== DESCRIPTION ===================== ======== ATTEMPTED SERVICES =========
                                              DATE         TIME         BADGE #
ALIAS SUMMONS & COMPLAINT
                                              7/10         1510         1194
ISSUED:  6/26/08      EXPIRES:   7/20/08
FEES:    54.00        EVC/DEP:

======== PERSON TO BE SERVED ========
                                              NOTES:
STEVIE PORTER
264 SILVERADO STREET
BOLINGBROOK, IL
```

Handwritten across description: **Return Moved**

===================================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___  PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP  ___CITATION
         ___RULE  ___ORDER  ___SUBPEONA  ___NOTICE  ___JUDGEMENT
         ___SUMMONS/PETITION FOR ORDER OF PROTECTION  ___ORDER OF PROTECTION.
         ___CIVIL NO-CONTACT ORDER.

(B) ___  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION
         ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF
         ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
         SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
         THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___  SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS by leaving a
         COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE
         ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
         OR PARTNER OF THE DEFENDANT.

(D) _✓_  OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) _✓_  THE NAMED DEFENDANT WAS NOT SERVED:
         _✓_MOVED   ___NOT LISTED   ___RETURNED BY ATTY. ___EXPIRED
         _✓_NO CONTACT ___NO SUCH ADDRESS ___DECEASED   ___OTHER REASON

PERSON TO BE SERVED: Stevie Porter
SERVING ADDRESS: 264 Silverado, Bolingbrook IL
WRIT SERVED ON: Moved                              RELATIONSHIP: _____
            SEX ___ (M/F)  RACE ___   DOB ___
THIS  10th  DAY OF  July  2008  TIME  1510  HOURS
PAUL J. KAUPAS, SHERIFF, BY [signature]            DEPUTY # _____
REMARKS: Moved 2 yrs ago unknown Address

AML81781342