```
CASE NUMBER. 016 2008-C -001310    001      WILL COUNTY SHERIFF'S OFFICE
-------------------------------------------  =============== ATTORNEY ===============
                                             STARKS & BOYD
LILLY/MICHAEL JONES                          11528 S HALSTED
     -VS-                                    CHICAGO, IL 60628
STEVIE PORTER


=========== DESCRIPTION ===========          ========== ATTEMPTED SERVICES =========
                                              DATE            TIME          BADGE #
SUMMONS & COMPLAINT                           7/22           1548           1194

 ISSUED:  7/21/08     EXPIRES:  8/10/08
 FEES:    54.00       EVC/DEP:

======== PERSON TO BE SERVED ========

STEVIE PORTER                                NOTES:
1744 TREVINO CIRCLE
BOLINGBROOK, IL 60490
```

Stamped: **PAID JUL 21 2008**

==================================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ✓  PERSONAL SERVICE: BY LEAVING A COPY OF THE  ✓ SUMM/COMP  ___CITATION
        ___RULE    ___ORDER    ___SUBPEONA    ___NOTICE    ___JUDGEMENT
        ___SUMMONS/PETITION FOR ORDER OF PROTECTION    ___ORDER OF PROTECTION.
        ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE  ___SUMM/COMP  ___CITATION
        ___NOTICE  ___JUDGEMENT  ___ORDER OF POSSESSION  AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS.  ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON:  ___CORPORATION   ___COMPANY   ___BUSINESS   by leaving a
        COPY OF THE   ___SUMM/COMP  ___CITATION  ___RULE  ___ORDER  ___NOTICE
        ___JUDGEMENT  ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE:  ___CERTIFIED MAIL  ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___MOVED       ___NOT LISTED       ___RETURNED BY ATTY.  ___EXPIRED
        ___NO CONTACT  ___NO SUCH ADDRESS  ___DECEASED           ___OTHER REASON

PERSON TO BE SERVED: Stevie Porter
SERVING ADDRESS: 1744 Trevino, Bolingbrook IL
WRIT SERVED ON: Stevie Porter          RELATIONSHIP: Self
                SEX M (M/F)   RACE B   DOB 2/13/66
THIS 22nd DAY OF July 2008 TIME 1548 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____       DEPUTY # 1194

REMARKS:

RLM82031509