#6206607

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lilly Jones & Michael Jones, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 01310 |
| | ) | |
| v. | ) | Judge: William J. Hibbler |
| | ) | |
| Stevie Porter, Harlan Hanbrough, Aurora Loan Services & Mortgage Electronic Registration Systems, Inc. | ) ) ) | Magistrate Judge: Sidney I. Schenkier |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   See Service list
        Exhibit "A"

PLEASE TAKE NOTICE that on July __28__, 2008, the undersigned filed, with the Clerk of the above court the following : **AFFIDAVIT OF SERVICE AS IT PERTAINS TO STEVIE PORTER.**


          /S/ Carl B. Boyd
          CARL B. BOYD #6206607


### ATTORNEY'S PROOF OF SERVICE

I, CARL B. BOYD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about July __28__, 2008. Parties able to receive electronic filing also receive a copy electronically.


          /S/ Carl B. Boyd
          CARL B. BOYD #6206607


**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**

**SERVICE LIST**
**EXHIBIT "A"**

Mr. Harlan Hansbrough
9905 S. Commercial Avenue
Chicago, IL 60617

Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road, Suite 310
Vienna, VA 22182

Aurora Loan Services, LLC
C/O Registered Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Mr. Stevie Porter
1744 Trevino Circle
Bolingbrook, IL 60490