Exhibit "A"

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and cross-claim was made by me[(1)] | DATE  June 28, 2008 at 9:35a.m. |
| NAME OF SERVER (PRINT)  Jerry Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Gloria Porter was served for her husband, Stevie Porter on June 28, 2008 at 1744 Trevino Ct., Bolingbrook, Il.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 28, 2008
              Date

Signature of Server  *Jerry Brown*

9030 Lamon, Skokie, Il. 60077
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LILLY JONES and MICHAEL JONES,
Plaintiffs,

vs.

STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
Defendants.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-C-1310

ASSIGNED JUDGE: WILLIAM J. HIBBLER

DESIGNATED MAGISTRATE JUDGE: SIDNEY I. SCHENKIER

TO: Stevie Porter

264 Silverado Street
Bollingbrook, Illinois 60490

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANTS' ATTORNEY (name and address)

James A. Larson (ARDC No. 6195947)
Larson & Associates, P.C.
230 W. Monroe - Suite 2220
Chicago, IL 60606
(312) 422-1900
Attorney for Defendants Harlan Hansbrough and Mortgage Electronic Registration Systems, Inc.

an answer to the cross-claim which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the cross-claim. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes

By) DEPUTY CLERK

JUN 2 0 2008

DATE