Exhibit "B"

## Donald Nierling

**From:** Donald Nierling
**Sent:** Tuesday, July 01, 2008 1:29 PM
**To:** 'cboyd54321@aol.com'
**Subject:** Jones v. Porter

We got substitute service on Porter at the Trevino Court address on Saturday. Service was accepted by his wife. Apparently that is a good address.

Hansbrough continues to inquire about settlement and rent/U&O agreement. Any word?

Also, I believe there is an answer due to Hansbrough's counterclaim. Obviously I'm not going to run into court on a default motion, but Hansbrough and MERS are both inquiring about general status, and I need to be able to tell them something.

Donald W. Nierling
230 W. Monroe
Suite 2220
Chicago, IL 60606
Direct: 312-422-1902
Fax: 312-422-1906
Main: 312-422-1900