IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | 08-C-1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) | Judge Hibbler |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |
| HARLAN HANSBROUGH, | ) | |
| Counter-Claimant, | ) | |
| -vs.- | ) | |
| LILLY JONES and MICHAEL JONES, | ) | |
| Counter-Defendants. | ) | |

## ORDER

THIS CAUSE coming on to be heard on Defendant Harlan Hansbrough's Motion for Default Order, due notice having been given, the Court with jurisdiction and being fully apprised in the premises;

IT IS HEREBY ORDERED:

1. Defendant's motion is granted. Defendant/Cross-Defendant Stevie Porter is found to be in default as a result of his failure to appear in this action and for his failure to file a response to the Cross-Claim.

ENTERED:

_____

Dated: August 5, 2008

James A. Larson, Esq.
Larson & Associates, P.C.
230 W. Monroe – Suite 2220
Chicago, Illinois  60606
(312) 422-1900
ARDC No. 6195947