IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | 08-C-1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) ) | Judge Hibbler

Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |
| HARLAN HANSBROUGH, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| -vs.- | ) | |
| | ) | |
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

NOTICE OF MOTION

To:   Carl B. Boyd, Esq.                          Stevie Porter
      Starks & Boyd, P.C.                         1744 Trevino Court
      11528 S. Halsted Street                     Bolingbrook, Illinois 60490
      Chicago, Illinois 60628

   PLEASE TAKE NOTICE that on August 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hibbler, or any judge sitting in his place and stead, in Room 1225 of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present Defendant Hansbrough's Motion for Default Order, a copy of which is included herewith and hereby served upon you, at which time and place you may appear if you so see fit.

   LARSON & ASSOCIATES, P.C.              Representing: Defendant
   230 West Monroe – Suite 2220           Telephone:    (312) 422-1900
   Chicago, Illinois  60606               ARDC No.      6195947

## Certificate of Service

The undersigned declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that he served the above and foregoing notice, together with a document referred to therein, upon the individuals identified above, via electronic notice pursuant to this court's procedures for electronic filing or by placing same in properly addressed envelopes with correct postage affixed thereto, and depositing same in the U.S. Mail at 230 W. Monroe in Chicago, Illinois on or before the hour of 5:00 p.m. on July 29, 2008.

*/s/ James A. Larson*