# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1310 | **DATE** | 8/5/2008 |
| **CASE TITLE** | LILLY JONES, et al. Vs. STEVIE PORTER, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/4/08 at 9:30 a.m. Defendant Harlan Hansbrough's motion for default order is stricken as to Lilly Jones and Michael Jones per agreement that they will answer by 8/8/08. The motion for default is granted as to defendant Stevie Porter. Prove-up hearing as to defendant Stevie Porter held in abeyance until the next court date. The parties are directed to meet, confer and submit a joint proposed discovery schedule to the Court by 9/2/08.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | JHC |
|---|---|---|