#6206607

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Lilly Jones & Michael Jones, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 01310 |
| | ) | |
| v. | ) | Judge:  William J. Hibbler |
| | ) | |
| Stevie Porter, Harlan Hanbrough, Aurora | ) | Magistrate Judge:  Sidney I. Schenkier |
| Loan Services & Mortgage Electronic | ) | |
| Registration Systems, Inc. | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    See Service list
       Exhibit "A"

PLEASE TAKE NOTICE that on August __8__, 2008, the undersigned filed, with the Clerk of the above court the following : **PLAINTIFFS, COUNTER-DEFENDANTS, LILLY JONES' and MICHAEL JONES' ANSWER TO DEFENDANT, COUNTER-PLAINTIFF , HARLAN HANSBROUGH AFFIRMATIVE DEFENSES,  COUNTERCLAIM AND CROSS CLAIM**

_____/S/ Carl B. Boyd_____ ____
CARL B. BOYD #6206607

### ATTORNEY'S PROOF OF SERVICE

I, CARL B. BOYD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about August __8__, 2008. Parties able to receive electronic filing also receive a copy electronically.

_____/S/ Carl B. Boyd_____ __
CARL B. BOYD  #6206607

**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph# (773) 995-7900**
**Fax#(773) 995-7921**

**<u>SERVICE LIST</u>**
**<u>EXHIBIT "A"</u>**

Mr. Harlan Hansbrough
9905 S. Commercial Avenue
Chicago, IL 60617

Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road, Suite 310
Vienna, VA 22182

Aurora Loan Services, LLC
C/O Registered Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Mr. Stevie Porter
1744 Trevino Circle
Bolingbrook, IL 60490

Larson & Associates, P.C.
Attn:  Atty. James Larson
and Atty. Don Nierling
230 W. Monroe, Suite 2220
Chicago, IL 60606