IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | 08-C-1310 |
| | ) | |
| STEVIE PORTER, HARLAN HANBROUGH, AURORA LOAN SERVICES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) ) | Judge Hibbler<br><br>Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |
| HARLAN HANSBROUGH, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| -vs.- | ) | |
| | ) | |
| LILLY JONES and MICHAEL JONES, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

CERTIFICATE OF SERVICE

To:   Stevie Porter
      1744 Trevino Court
      Bolingbrook, Illinois 60490

   James A. Larson declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that he served upon Defendant Stevie Porter a copy of the order entered in the above captioned matter on August 5, 2008, by placing same in a properly addressed envelope with correct postage affixed thereto and depositing same in the U.S. Mail at 230 West Monroe in Chicago, Illinois on or before the hour of 5:00 p.m. on August 13, 2008.

                                                                        */s/ James A. Larson*

James A. Larson, Esq.
Larson & Associates, P.C.
230 West Monroe – Suite 2220
Chicago, Illinois  60606
(312) 422-1900
ARDC No. 6195947