UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Lilly Jones, et al.
                Plaintiff,

v.                                  Case No.: 1:08–cv–01310
                                      Honorable William J. Hibbler

Stevie Porter, et al.
                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 9/4/2008 and continued to 9/18/2008 at 09:30 AM. The Court adopts the joint proposed scheduling order as stated in open court. Parties to comply with FRCP 26(A)(1) BY 9/4/08. All written discovery shall be propounded by 9/9/08. All written discovery shall be answered by 10/24/08. Deposition of fact witnesses and fact discovery shall be completed by 12/8/08. Parties given to and including 12/15/08 to amend all pleadings and to add any additional parties. Dispositive motions with supporting memoranda due by 2/17/2009. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.